# Rowell *v.* The State.

## *Defamation.*

(Decided April 7, 1910. 52 South. 310.)

*Appeal and Error; Time for Taking.*—The time within which an appeal may be taken from a conviction is limited by statute to twelve months, and unless taken within that time, is unauthorized and cannot be considered.

APPEAL from Coffee County Court.

Heard before Hon. J. N. HAM.

Belle Rowell was convicted of defamation and she appeals. Appeal dismissed.

H. L. MARTIN, for appellant. Counsel discuss the merits of the case as presented by the charges asked and refused, and exceptions to evidence and cites authorities in support thereof, but does not discuss the time within which the appeal was taken.

ALEXANDER M. GARBER, Attorney General, for the State. Counsel insists that the appeal was taken more than twelve months after the judgment of conviction, and hence cannot be entertained.

DOWDELL, C. J.—It appears from the record that the present appeal was not taken until after the expiration of a year from the rendition of the judgment. The time within which an appeal can be taken in such a case is limited by the statute to one year. The appeal is therefore unauthorized, and this court is without jurisdiction to entertain it.—*Dennis et al v. Currie,* 142 Ala. 637, 38 South. 802; *Blackburn v. Huber Mfg. Co.,* 135 Ala. 598, 33 South. 160. It follows that the appeal must be dismissed.

Appeal dismissed.

ANDERSON, MAYFIELD, and SAYRE, JJ., concur.